1  Keith M. White # 188536
   **DOWLING, AARON & KEELER, INC.**
2  8080 North Palm Avenue, Third Floor
   Fresno, California 93711
3  Tel: (559) 432-4500
   Fax: (559) 432-4590
4

5  Attorneys for Defendants TOMITY CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  THERESA WALLEN,                          Case No. 1:10-cv-01677-AWI-SKO

12                    Plaintiff,             **STIPULATION AND ORDER**

13  v.

14  ALI SALEH MAHREK dba THE TOBACCO         Complaint Filed:  September 15, 2010
    STORE PLUS, TOMITY CORPORATION,
15
                     Defendants.
16

17

18          WHEREAS the parties hereto wish additional time to inspect the premises,

19  evaluate the results, and attempt resolution of the matter without incurring fees and costs

20  associated with filing responsive pleadings, scheduling conference statements, and attending

21  scheduling conferences;

22          WHEREAS the parties wish to conserve the Court's resources and time ;

23          IT IS STIPULATED by and between Plaintiff, THERESA WALLEN, and

24  Defendant, TOMITY CORPORATION through their respective counsel, that all Defendants

25  shall have, and hereby are granted an extension of time to and including January 3, 2011, to file

26  and serve their responsive pleadings to Plaintiff's Complaint on file herein.

27  ///

28  ///



─────────────────────────────────────────

                    STIPULATION AND [PROPOSED] ORDER

IT IS FURTHER STIPULATED that the December 16, 2010 Scheduling Conference may be continued to any date at the court's convenience after January 10, 2011, to afford the parties time to evaluate and negotiate a settlement of this matter.

Dated:  November 8, 2010                    DOWLING, AARON & KEELER, INC.


                                            By:  /s/Keith M. White_____
                                                 Keith M. White
                                                 Attorneys for Defendant TOMITY
                                                 CORPORATION

Dated:  November 8, 2010                    MOORE LAW FIRM, P.C.

                                            By: /s/Tanya Levinson Moore_____
                                                 Tanya Levinson Moore
                                                 Attorneys for Plaintiff THERESA
                                                 WALLEN

                                    ORDER

       The scheduling conference currently set for December 16, 2010, is continued to January 13, 2011, at 9:45 a.m. in Courtroom 8 before Magistrate Judge Sheila K. Oberto.


IT IS SO ORDERED.

       Dated:   **November 8, 2010**              _____**/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND [PROPOSED] ORDER**