Keith M. White # 188536
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Defendants TOMITY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>ALI SALEH MAHREK dba THE TOBACCO STORE PLUS, TOMITY CORPORATION,<br><br>        Defendants. | Case No. 1:10-cv-01677-AWI-SKO<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: September 15, 2010 |

WHEREAS the parties hereto wish additional time to obtain bids to perform contemplated remedial measures, evaluate the results, and attempt resolution of the matter without incurring fees and costs associated with scheduling conference statements, potential motions for striking an answer or other challenges to responsive pleadings, and attending scheduling conferences;

WHEREAS Plaintiff THERESA WALLEN and Defendant TOMITY CORPORATION are working diligently to resolve the matter without the court's further intervention;

WHEREAS the parties wish to conserve the Court's resources and time ;

IT IS STIPULATED by and between Plaintiff THERESA WALLEN, and Defendant, TOMITY CORPORATION through their respective counsel and Defendant ALI

PDF created with pdfFactory trial version www.pdffactory.com

1  SALEH MAHREK dba THE TOBACCO STORE PLUS that the March 17, 2011 Scheduling
2  Conference be continued to any date at the court's convenience after April 7, 2011, to afford
3  the parties time to determine the achievability of the contemplated remedial measures and
4  negotiate a settlement of this matter.

5

6  Dated:  March 10, 2011                         DOWLING, AARON & KEELER, INC.

7

8                                                 By:  /s/Keith M. White_____
                                                       Keith M. White
9                                                      Attorneys for Defendant TOMITY
                                                       CORPORATION
10

11
    Dated:  March 10, 2011                         MOORE LAW FIRM, P.C.
12

13
                                                  By: /s/Tanya Levinson Moore_____
14                                                     Tanya Levinson Moore
                                                       Attorneys for Plaintiff THERESA
15                                                     WALLEN

16

17

18  Dated:  March 10, 2011                         By: /s/Ali Saleh Mahrek_____

19                                                     ALI SALEH MAHREK dba THE
                                                       TOBACCO STORE PLUS
20

21

22

23

24

25

26

27
    (Order on following page.)
28



2
**STIPULATION AND [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The parties having so stipulated, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the scheduling conference currently set for March 17, 2011, be continued to May 3, 2011, at 9:45 a.m., in Department 8 before Magistrate Judge Sheila K. Oberto.  A joint scheduling report shall be filed no later than seven (7) days before the scheduling conference.

IT IS SO ORDERED.

    Dated:   **March 11, 2011**                 **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE



PDF created with pdfFactory trial version www.pdffactory.com