Keith M. White # 188536
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Defendants TOMITY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>                    Plaintiff,<br><br>v.<br><br>ALI SALEH MAHREK dba THE TOBACCO STORE PLUS, TOMITY CORPORATION,<br><br>                    Defendants. | Case No. 1:10-cv-01677-AWI-SKO<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: September 15, 2010 |

       WHEREAS Plaintiff's counsel was informed that Defendant ALI SALEH MAHREK has been taken into custody by immigration officials;

       WHEREAS calls to Defendant ALI SALEH MAHREK were answered by voicemail;

       WHEREAS Defendant ALI SALEH MAHREK appears unable to participate in the Joint Scheduling Conference Statement, the Scheduling Conference, and this Stipulation;

       WHEREAS Plaintiff THERESA WALLEN and Defendant TOMITY CORPORATION are working diligently to resolve the matter without the court's further intervention and with the hope that the matter can be resolved without the assistance of Defendant ALI SALEH MAHREK;

///

**STIPULATION AND [PROPOSED] ORDER**

1    WHEREAS the parties wish to conserve the Court and counsel's resources and
2 time;

3    IT IS STIPULATED by and between Plaintiff THERESA WALLEN, and
4 Defendant, TOMITY CORPORATION through their respective counsel that the May 3, 2011
5 Scheduling Conference be continued to May 26, 2011 at 9:45, to afford the parties time to
6 determine the achievability of the contemplated remedial measures and negotiate a settlement
7 of this matter, especially in light of the apparent unavailability of Defendant ALI SALEH
8 MAHREK.

10 Dated: April 26, 2011                           DOWLING, AARON & KEELER, INC.

12                                                By:  /s/Keith M. White_____
                                                       Keith M. White
13                                                     Attorneys for Defendant TOMITY
                                                       CORPORATION

15
16 Dated: April 26, 2011                           MOORE LAW FIRM, P.C.

17                                                By: /s/Tanya E. Moore_____
18                                                     Tanya E. Moore
                                                       Attorneys for Plaintiff THERESA
19                                                     WALLEN

26 (Order on following page.)



## **ORDER**

The parties having so stipulated, and good cause appearing therefore,

IT IS HEREBY ORDERED that the scheduling conference currently set for May 3, 2011 is continued to May 26, 2011 at 9:45 a.m., in Department 8 before Magistrate Judge Sheila K. Oberto.  A joint scheduling report shall be filed no later than seven (7) days before the scheduling conference.

IT IS SO ORDERED.

Dated: **April 27, 2011**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

