1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Theresa Wallen
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| THERESA WALLEN, | ) No. 1:10-CV-01677-AWI-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| ALI SALEH MAHREK dba THE TOBACCO STORE PLUS; TOMITY CORPORATION, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Theresa Wallen, through her counsel, and Defendant Tomity Corporation, through its counsel, and Defendant Ali Saleh Mahrek, who is self-represented, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 3, 2011                                MOORE LAW FIRM, P.C.


                                                  /s/Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff Theresa Wallen

///

*Wallen v. Mahrek, et al.*
Stipulation for Dismissal; Order

Page 1

| | |
|---|---|
| Date: June 29, 2011 | DOWLING, AARON & KEELER |
| | /s/ Keith M. White |
| | Keith M. White, Attorneys for Defendant Tomity Corporation |
| Date: June 6, 2011 | /s/ Ali Saleh Mahrek |
| | Ali Saleh Mahrek dba The Tobacco Store Plus, Defendant in Propria Persona |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  June 29, 2011  _____

CHIEF UNITED STATES DISTRICT JUDGE

*Wallen v. Mahrek, et al.*
Stipulation for Dismissal; Order